IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ex rel.<br><br>GENE KLUSMEIER and<br>JACQUELINE KLUSMEIER,<br><br>Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL, INC.<br>BERGERON LAND DEVELOPMENT, INC.,<br>GRUNDY MARINE CONSTRUCTION CO.,<br>ARTEM, INC.,<br>HARRY PEPPER & ASSOCIATES, INC.,<br><br>Defendants. | Civ. No. 05-1550 (RMC)<br>**UNDER SEAL** |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests

that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
555 4th Street, N.W., Rm 10-808
Washington, D.C. 20530
(202) 514-7133

MICHAEL F. HERTZ
DODGE WELLS
ARNOLD AUERHAN
Attorneys, Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0278

November 21, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21 st day of November 2007, a true and correct copy of the above and foregoing *Government's Notice of Election to Decline Intervention* and proposed Order was mailed by first-class mail to:

>Stephen M. Kohn
>Anthony C. Munter
>3233 P Street, NW
>Washington, DC 20007

>LAURIE WEINSTEIN
>Assistant United States Attorney
>555 Fourth Street, N.W., Room E 4820
>Washington, D.C. 20530
>202-514-7133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ex rel.<br><br>GENE KLUSMEIER and<br>JACQUELINE KLUSMEIER,<br><br>Plaintiffs,<br><br>v.<br><br>MODERN CONTINENTAL SOUTH, INC.,<br>et al.,<br><br>Defendants. | Civ. No. 05-1550 (RMC)<br>**UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2007.

                                                                         UNITED STATES DISTRICT COURT

**copies to**:

Laurie Weinstein
Assistant United States Attorney
555 Fourth Street, N.W., Room E4820
Washington, D.C. 20530

Michael D. Kohn
Anthony C. Munter
Kohn, Kohn, Colapinto, LLP
3233 P Street, N.W.
Washington, DC 20007

Arnold Auerhan
Attorney, Civil Division
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044