UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ex rel.<br><br>GENE KLUSMEIER and JACQUELINE KLUSMEIER,<br><br>      Plaintiffs,<br><br>    v.<br><br>MONDERN CONTINENTAL SOUTH, INC., et al.,<br><br>      Defendants. | Civil Action No. 05-1550 (RMC) |

**ORDER DIRECTING PLAINTIFFS TO COMPLETE SERVICE OF PROCESS**

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant(s) with a summons and a complaint within 120 days after the filing of the Complaint, the Court may dismiss the action. In this case, the United States declined to intervene on November 21, 2007. On November 29, 2007, the Court ordered that the Complaint be unsealed and served upon defendants by the relators. More than 120 days have passed since November 29, 2007 and the Court has no record that the Defendants have been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that <u>on or before April 25, 2008</u>, Plaintiffs must either: (1) file with the Court proof that the defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If the Plaintiffs fail to comply with this Order, or if the Court determines that the Plaintiffs have not shown good cause for failure to comply with Rule 4(m), this case will be dismissed without

prejudice.


Date: April 4, 2008                              /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge