IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. re*l. GENE KLUSMEIER AND JACQUELINE KLUSMEIER,<br><br>        Plaintiffs,<br><br>vs.<br><br>MODERN CONTINENTAL SOUTH, INC., *et. al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-1550 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS-RELATORS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiffs-Relators Gene Klusmeier and Jacqueline Klusmeier, by and through counsel, hereby provide notice of voluntary dismissal of this action. This action is hereby dismissed without prejudice by notice, and without order of court, because this notice is filed before service of an answer or motion for summary judgment. *See* Rule 41(a)(1)(A)(i).

        Respectfully submitted,

        /s/ David K. Colapinto
        DAVID K. COLAPINTO
        DC BAR # 416390
        KOHN, KOHN & COLAPINTO, LLP
        3233 P Street, N.W.
        Washington, DC 20007-2756
        Phone: (202) 342-6980
        Fax:   (202) 342-6984

        Attorneys for Plaintiffs-Relators
        Gene Klusmeier and Jacqueline Klusmeier

April 10, 2008